RECEIVED
IN LAKE CHARLES, LA.

NOV 15 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| HOWARD MACK HARRIS<br>BOP #07837-033<br>VS.<br><br>U.S. DEPARTMENT OF JUSTICE, ET AL. | CIVIL ACTION NO. 2:09-cv-1047<br>SECTION P<br>JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this _15_ day of _November_, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE